

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00293-CR

**EX PARTE** Steven M. **GARY**

Original Habeas Corpus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

On May 11, 2015, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 14, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CR2945, styled *The State of Texas v. Steven M. Gary*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.